MARCUS WAXMAN, Respondent, v. CITY OF NEW YORK, Appellant.— In an action brought to recover damages for personal injuries claimed to have been sustained by reason of its negligence, defendant City of New York appeals from the judgment for plaintiff entered on the verdict of a jury. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days after the entry of an order hereon respondent stipulate to reduce the verdict in his favor to $5,000, in which event the judgment as so reduced is unanimously affirmed, without costs. In our opinion the verdict is excessive. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

ROBERT A. WILKINSON, Appellant, v. NASSAU SHORES, INC., et al., Respondents, and JOHN P. McKENNA, Appellant.— In an action in partition, in which the intervening defendants sought a determination of their rights in the premises involved, the plaintiff and the defendant McKenna appeal from so much of the judgment as decrees that the intervening defendants have easements in the property and that such easements were not extinguished by a tax sale and subsequent proceedings thereon. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See 279 App. Div. 591.]